UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X

UNITED STATES OF AMERICA,

       -against-

                                       **ORDER**

                                       **23 Cr. 270 (CS)**

HOWRONTZ MATTIS,

                  Defendant.
————————————————————————————X

**Seibel, J**     [at his request]

It is hereby ordered that, Howrontz Mattis, the Defendant, Reg. # 30135-510, having

entered a plea of "guilty" on June 1, 2023, surrender his person to the custody of the United

States Marshals, 300 Quarropas Street, ground floor, White Plains, New York on July 31, 2023,

on or before 12:00 p.m.   Sentencing will take place on September 28, 2023, at 2:30 p.m. in

Courtroom 621.


Dated:  White Plains, New York
       July 28, 2023


                                      _____
                                      CATHY SEIBEL, U.S.D.J.